**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1340**

---

JAMES F. JONES,

                                        Plaintiff - Appellant,

        versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge.  (CA-96-
3009-MJG)

---

Submitted:  May 1, 1997                    Decided:  May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James F. Jones, Appellant Pro Se. Anne von Scheven, SOCIAL SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania; Lynne Ann Battaglia,
United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing as frivolous, 28 U.S.C. § 1915(e) (1994), his suit against the Commissioner of Social Security in which he claimed that his civil rights were violated when a clerk at the local Social Security Administration office treated him rudely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Chater, No. CA-96-3009-MJG (D. Md., Feb. 23, 1997). In light of this disposition, Appellee's motion to dismiss this appeal as interlocutory and to stay the briefing order are hereby denied. We deny Appellant's motion for oral argument and dispense with argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED